IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RONNIE R. WAYMIRE, SR., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 09 CV 7539 |
| | ) | |
| v. | ) | Honorable Virginia Kendall |
| | ) | Judge Presiding |
| YRC, INC., | ) | |
| | ) | Magistrate Judge Schenkier |
| Defendant. | ) | |

## STIPULATION TO DISMISS WITH PREJUDICE

IT IS HEREBY stipulated by and between the Plaintiff, RONNIE R. WAYMIRE, SR., by his attorney, LISA KANE of LISA KANE & ASSOCIATES, P.C., and Defendant, YRC, INC., by its attorney, STEPHEN C. SUTTON, of BAKER & HOSTETLER, that this case be dismissed with prejudice pursuant to Rule 41(a)(1), all parties to bear their own costs and fees.

Dated: February 12, 2010


RONNIE R. WAYMIRE, SR.,                    YRC, INC.,

s/ Lisa Kane                                s/ Stephen C. Sutton   ( by consent)
LISA KANE                                   STEPHEN C. SUTTON
LISA KANE & ASSOCIATES, P.C.                BAKER & HOSTETLER
ATTORNEY FOR PLAINTIFF                      ATTORNEY FOR DEFENDANT
141 WEST JACKSON BOULEVARD                  3200 NATIONAL CITY CENTER
SUITE 3620                                  1900 EAST 9TH STREET
CHICAGO, ILLINOIS 60604                     CLEVELAND, OHIO 44114-3485
(312) 606-0383
ATTORNEY CODE NO. 06203093